IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRINGTON KEYS,<br>　　　Plaintiff | :<br>: |
| | : CIVIL NO. 3:13-CV-1917 |
| v. | :<br>: (JUDGE NEALON) |
| ADAM HUBER, ET AL.,<br>　　　Defendants | : (MAGISTRATE JUDGE BLEWITT)<br>: |

## ORDER

**NOW**, THIS 17TH DAY OF SEPTEMBER, 2013, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 7), is **ADOPTED**;

2. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 4), is **DENIED**;

3. Plaintiff's complaint, (Doc. 1), is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g);

4. The Clerk of Courts is directed to **CLOSE** this case; and

5. Any appeal from this Order will be deemed frivolous and not taken in good faith.

　　　　　　　　　　　　　　　　　　　／s／ William Nealon
　　　　　　　　　　　　　　　　　　　United States District Judge

**FILED**
**SCRANTON**

SEP 17 2013

PER _____
　　DEPUTY CLERK